PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Edwin Glasspool     Cr.: 10-00725-001
    PACTS #: 59280

Name of Sentencing Judicial Officer:    THE HONORABLE JOSE L. LINARES
                                           UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/29/2014

Original Offense: Scheme to Defraud

Original Sentence: 24 months probation

Special Conditions: Cooperate with IRS, Location Monitoring Program, No New Debt/Credit, Self-Employment/Business Disclosure

Type of Supervision: Probation                                  Date Supervision Commenced: 10/29/2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The defendant shall make restitution in the amount of $800,000. Payments should be made payable to the U.S Treasury and mailed to the Clerk, U.S.D.C., 402 East State Street, Rm 2020, Trenton, New Jersey 08608, for distribution to Pepsi Bottling Group, 2200 New Brunswick Avenue, Piscataway, NJ 08854, Attn: Business Manager. |
| | The restitution is due immediately and shall be paid in monthly installments of no less than $250.00 to commence 30 days after the date of this judgment. |

U.S. Probation Officer Action:
The offender is due to expire from supervision on October 28, 2016. He has been making monthly payments of $250 per month and his outstanding balance is $795,750. At his current payment rate, he will not be able to pay the restitution in full prior to the expiration of probation. The probation office has conducted a financial investigation. Based on this investigation, it is believed the offender is making a satisfactory effort to pay restitution. In addition, the offender's payment of restitution will be continued to be monitored by the United States Attorney's Office, Financial Litigation Unit. As a result, it is respectfully recommended the offender be allowed to expire from probation on October 28, 2016, without any adverse action.

Respectfully submitted,

By: Patrick Hattersley
Sr. United States Probation Officer
Date: 04/14/2016

Prob 12A – page 2
Edwin Glasspool

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other  offender allowed to expire from probation on October 28, 2016 without any adverse action.

_____
Signature of Judicial Officer

4-19-16
Date