PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Edwin Glasspool                                    Cr.: 10-00725-001
                                                                     PACTS #: 59280

Name of Sentencing Judicial Officer:   THE HONORABLE JOSE L. LINARES
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/29/2014

Original Offense: Conspiracy to Defraud the United States (Wire Fraud)

Original Sentence: Probation – 2 years

Special Conditions: Special Assessment, Restitution - Money, Cooperate with IRS, Location Monitoring Program, New Debt Restrictions, Self-Employment/Business Disclosure, DNA Testing

Type of Supervision: Probation                    Date Supervision Commenced: 10/29/2014

## STATUS REPORT

U.S. Probation Officer Action:

On October 29, 2014, the offender was sentenced by Your Honor to 2 years probation. The following special conditions were imposed: Location monitoring program – 6 months, cooperation with the Internal Revenue Service, new debt restrictions, self-employment/business disclosure, financial disclosure, and DNA testing. He was also ordered to pay a $100 special assessment and $800,000.00 in restitution.

Mr. Glasspool currently resides in Caldwell, New Jersey. He has been employed with Patterson Dental since December of 2010. We believe that Mr. Glasspool has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $4,786.00 towards his restitution. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Glasspool's term of supervision to expire as scheduled on October 28, 2016.

Respectfully submitted,

*Michelle Siedzik*

By: Michelle Siedzik
    U.S. Probation Officer Assistant
Date:  08/04/2016

Prob 12A – page 2
Edwin Glasspool

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Concur with the recommendation of the U.S. Probation Office. Case to expire on October 28, 2016.

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

August 4, 2016
_____
Date